IN THE SUPREME COURT OF THE STATE OF DELAWARE

JOSEPH F. SPERA, D.M.D,       §
                             §    No.  159, 2023
     Claimant-Below,          §
     Appellant,               §    Court Below:  Superior Court
                             §    of the State of Delaware
     v.                       §
                             §    C.A. No.: N22A-08-001 (N)
MID-ATLANTIC DENTAL           §
SERVICE HOLDINGS,             §
                             §
     Employer-Below,          §
     Appellee.                §

Submitted:  November 29, 2023
Decided:    November 29, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **LEGROW**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its April 20, 2023 Memorandum Opinion affirming the Industrial Accident Board's Decision Denying Appellant's Petition to Determine Compensation Due.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice